220 So.2d 458

### Carroll P. TEMPLET
v.
### INTRACOASTAL TRUCK LINE, INC., et al.

No. 49734.

April 3, 1969.

In re: Intracoastal Truck Line, Inc., and American Casualty Company applying for certiorari, or writ of review to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 217 So.2d 725.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.